

# In the Missouri Court of Appeals
# Eastern District

APRIL 29, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED99476     SAMER Z. MURATOVIC, APP V. STATE OF MISSOURI, RES

2.      ED99669 ETHEL MCFARLAND, APP V. ROBERT TRAME, ET AL, RES

3.      ED99939 AM BUILDERS CONTRACT, RES V. R.G. ROSS, APP

4.      ED100219 CHARLES NUNLEY, APP V STATE OF MISSOURI, RES